Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE I MULL,<br><br>Defendant. | DOCKET NO. 6:17-mj-00092-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for eight years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Lance MULL has failed to obey all laws and has failed to abstain from the use of alcohol.

As the legal officer, I am aware that Lance MULL, was charged with being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(c),

1

| | |
|---|---|
| 1 | with operating a bicycle during periods of low visibility, in violation of Title 36 Code of |
| 2 | Federal Regulations § 4.30(h)(3), and with operating a bicycle on a roadway in a |
| 3 | different direction than vehicles are required to travel, in violation of Title 36 Code of |
| 4 | Federal Regulations § 2.1650.1. On February 6, 2018, MULL plead guilty to the charge |
| 5 | of being under the influence of alcohol to a degree that may endanger oneself or another |
| 6 | person. MULL was sentenced to 12 months of unsupervised probation with the |
| 7 | conditions he pay a $250 fine at a rate of $25 per month, obey all laws, report all new |
| 8 | violations of the law to the Court, abstain from the use or possession of alcohol and not |
| 9 | frequent establishments where the primary business is sale of alcohol, attend AA 1 time |
| 10 | a week for 12 months, and complete the Mariposa County based 16 week Drug and |
| 11 | Alcohol Treatment program in which he was enrolled. The government alleges MULL |
| 12 | has violated the following condition(s) of his unsupervised probation: |
| 13 | CHARGE ONE: FAILURE TO OBEY ALL LAWS |
| 14 | MULL was ordered to obey all laws. On May 15, 2018, MULL was arrested in |
| 15 | Yosemite National Park for being present in a park area while under the influence of |
| 16 | alcohol to a degree that may endanger oneself or another person, in violation of Title 36 |
| 17 | Code of Federal Regulations § 2.35(c), and for skateboarding outside a designated area, |
| 18 | in violation of Title 36 Code of Federal Regulations § 2.20. |
| 19 | CHARGE TWO: FAILURE TO ABSATIN FROM ALCOHOL [handwritten: ABSTAIN sus / JP] |
| 20 | MULL was ordered to abstain from the use of alcohol. On May 16, 2018 MULL |
| 21 | submitted to a preliminary breath test. MULL provided one sufficient sample of 0.334 |
| 22 | grams per 210 Liters of breath. Over an hour later, MULL provided one sufficient |
| 23 | screening breath sample on the EPAS instrument which indicated he had a BAC of |
| 24 | 0.299 grams. |
| 25 | . |
| 26 | I declare under penalty of perjury the information which I have set forth above and |
| 27 | on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge. |
| 28 | |

2

| | |
|---|---|
| 5/16/18 | *(signature)* |
| Date | Susan St. Vincent |
| | Legal Officer |
| | Yosemite National Park, CA |

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

| | |
|---|---|
| 5/16/18 | *(signature)* |
| Date | Honorable Jeremy D. Peterson |
| | U. S. Magistrate Judge |
| | Eastern District of California |

3