IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LANCE MULL,<br><br>    Defendant. | No. 6:17-mj-00092-MJS<br><br>ORDER OF RELEASE |

The above-named defendant was sentenced on May 21, 2018 to a 60-day inpatient treatment program. Defendant is released to the custody of his father, Marvin Mull, pending the defendant's entry into the program.

IT IS HEREBY ORDERED that the defendant shall be released on May 21, 2018. A certified Judgment and Commitment on Revocation order to follow.

IT IS SO ORDERED.

Dated: May 21, 2018          /s/ *Jeremy D. Peterson*
                                                                UNITED STATES MAGISTRATE JUDGE