# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **LANCE I MULL** | Criminal Number: **6:17MJ00092-001** |
| | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge __One__ as alleged in the violation petition filed on __5/16/2018__ .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Failure to obey all laws | May 15, 2018 |

The court: [ ] revokes: [✓] modifies: [ ] continues under same conditions of supervision heretofore ordered on __2/6/2018__ .

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge __Two__ is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/21/2018
Date of Imposition of Sentence

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

5/25/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of : 12 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall personally appear for a Probation Review Hearing on January 19, 2019 at 10:00 a.m., before U.S. Magistrate Judge Peterson. The defendant may request that the Probation Review Hearing be vacated and that probation be terminated upon completion of the C.A.P.S. 60-day inpatient treatment program. If represented, the defendant shall make any such request through counsel. Defendant must appear personally at the Probation Review Hearing unless the court vacates the hearing.
5. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
6. The defendant shall not use or possess alcohol.
7. The defendant shall successfully complete the C.A.P.S. 60-day inpatient drug and alcohol treatment program. Additionally, the defendant shall participate in any follow-up treatment program recommended by C.A.P.S.
8. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
9. The length of the defendant's term of probation is not altered. The 12-month term remains the same as that ordered on February 6, 2018, and will terminate 12 months after that date, unless terminated earlier in accordance with Condition 4 of this Judgment, above.
10. The defendant must reside with his father Marvin Mull from the time of release until entering the C.A.P.S. program.
11. If requested by any law enforcement officer, the defendant shall submit to testing (i.e., breath, urine, sweat patch, etc.) to determine if he has used drugs or alcohol.