HEATHER E. WILLIAMS, CA SBN#122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LANCE MULL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00092-MJS |
| Plaintiff, | |
| vs. | MOTION TO TERMINATE PROBATION AND VACATE REVIEW HEARING; ORDER |
| LANCE MULL, | |
| Defendant. | |

Defendant Lance Mull, by and through his counsel, Assistant Federal Defender Hope Alley, hereby moves for early termination of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). The government has no objection to Mr. Mull's request.

On February 6, 2018, the Court sentenced Mr. Mull to twelve months of unsupervised probation with the conditions that he obey all laws and report any law enforcement contact within 7 days. Additionally, Mr. Mull was ordered to pay a $250 fine, complete the Mariposa County 16-week Drug and Alcohol Treatment Program, and attend AA once a week for 12 months. Finally, Mr. Mull was ordered to abstain from alcohol.

On May 16, 2018, Mr. Mull was arrested on a petition to revoke his probation for a new law violation and for failure to abstain from the consumption of alcohol. Mr. Mull admitted to Charge 1 of the petition and was ordered to complete 60 days at an inpatient treatment program. Mr. Mull was placed on twelve months of unsupervised probation but the Court invited defense

1  counsel to move for early termination upon Mr. Mull's completion of the inpatient program.

2      At the end of July, Mr. Mull started Fresno County's Comprehensive Addiction Program.

3  He resided at the program for 60 days and graduated on September 29, 2018. *See* Exhibit 1.

4      Given Mr. Mull's successful completion of CAP, he now respectfully requests that,

5  pursuant to 18 U.S.C. § 3564(c), this Court terminate probation and vacate the review hearing set

6  for January 8, 2019.

7

8                      Respectfully submitted,

9

10                      HEATHER E. WILLIAMS
                    Federal Defender

11

12  Date: October 22, 2018            */s/ Hope Alley*
                    HOPE ALLEY

13                      Assistant Federal Defender
                    Attorney for Defendant

14                      LANCE MULL

15

16                **O R D E R**

17      The court hereby grants Mr. Mull's request for early termination of his term of

18  unsupervised probation pursuant to 18 U.S.C. § 3564(c).  The review hearing set for January 8,

19  2019 at 10 a.m. is hereby vacated.

20

21  IT IS SO ORDERED.

22

23  Dated:   October 24, 2018

24                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28